IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KASSIM GREEN | : | CIVIL ACTION |
| and KAHLIL CROXTON | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |
| et. al. | : | No. 13-6066 |

ORDER

AND NOW, this 1st day of June, 2015, upon consideration of the defendant's motion for summary judgment (Docket No. 8) and the opposition thereto, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED and judgment is entered for the defendant and against the plaintiff.

This case is now closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.